U. S. District Court
Eastern District of Wisconsin

Criminal Case No. - 91-cr-293

Ronald Seavoy

v.

United States
of America

2022 FEB -1 P 3:10
CLERK OF COURT
U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

Dear Judge, I Ronald J. Seavoy hereby request this court to vacate the judgement in this case because two F.B.I. and a federal prosecutor lied about the jurisdiction of a federal indictment of me. This court lacked jurisdiction over the matter because Bank North was a state chartered bank and had it's deposits insured by a private bond company not the F.D.I.C.. I tried to plead guilty in State court and to other bank robberies and still seek to do so. I can't until this judement is vacated. I pray for Due process under the U.S. Constitution.

Case 2:22-cv-00155-BHL   Filed 02/07/22   Page 1 of 1   Document 1

2-3-22    Ronald J. Seavoy